```
                       UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

BRIAN E. MESERVE,                )
                                 )
     Plaintiff,                  )
                                 )
     v.                          ) Civil Action No. 04-1844 (RBW)
                                 )
UNITED STATES DEPARTMENT OF      )
   JUSTICE, et al.,              )
                                 )
     Defendants.                 )
_____)
```

DEFENDANTS' PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action on October 22, 2004, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C.A. § 552 (1996 & West Supp. 2004), seeking records concerning himself from the Executive Office for United States Attorneys (EOUSA), a component of the United States Department of Justice. Defendants filed their Answer on November 24, 2004.  (See Answer, filed November 24, 2004.)

On December 3, 2004, the Court issued an Order directing defendants to file within thirty days either a dispositive motion or a proposed schedule to govern future proceedings.

Because it is likely that this case will be resolved by dispositive motion and this case is exempt from the duty-to-confer requirement under LCvR 16.3(b)(9), defendants respectfully propose, subject to the approval of the Court, the following briefing schedule:

-2-

Defendants would file their dispositive motion in this case by March 30, 2005.  Plaintiff would file his opposition and/or cross-motion by April 29, 2005.  Defendants would file their reply and/or opposition by May 25, 2005; plaintiff would file his reply, if any, by June 17, 2005.[1]  Defendants propose this schedule in order to allow orderly completion of the ongoing review and thorough processing of documents responsive to plaintiff's FOIA request, and secondarily to accommodate defendants' principal counsel's litigation schedule, which includes other filings in this Court, as well as the United

---

[1] Consistent with LCvR 7(m) and LCvR 16.3(a), defendants have not discussed this filing with plaintiff.

-3-

States Court of Appeals for the District of Columbia Circuit.  A proposed scheduling order is submitted herewith.

                       Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(D.C. Bar #451058)
United States Attorney

_____
R. CRAIG LAWRENCE
(D.C. Bar #171538)
Assistant United States Attorney

_____
Dated:  January 3, 2005        MICHAEL J. SHERMAN
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
Flag Building, Suite 570
Washington, DC  20530-0001
(202) 616-5500