UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN E. MESERVE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 04-1844 (RBW) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
|   JUSTICE, et al., | ) |
| | ) |
|     Defendants. | ) |

DEFENDANTS' WITHDRAWAL OF MOTION TO DISMISS
AND SUBMISSION OF REVISED PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action on October 22, 2004, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C.A. § 552 (1996 & West Supp. 2004), seeking records concerning himself and others from the Executive Office for United States Attorneys (EOUSA), a component of the United States Department of Justice (DOJ). Defendants filed a motion to dismiss on March 4, 2005.

Defendants now withdraw their motion to dismiss.[1] EOUSA has now sent to plaintiff all non-exempt records responsive to his first-party request, other than those records belonging to other

---

[1] At the time that motion was filed, defendants believed that plaintiff had failed to exhaust his administrative remedies with regard to his first-party request because he had not paid fees. Defendants have since discovered that plaintiff did, in fact, pay fees, but this payment was misplaced. Defendants also withdraw their motion to dismiss with regard to plaintiff's third-party request due to the discovery of an administrative flaw with regard to that part of their motion.

-2-

DOJ components.  These records have been referred to the originating components for processing and direct responses.

Defendants propose that plaintiff be given until April 20, 2005, for the purpose of reviewing the documents released to him and contacting defendants if he is dissatisfied with the release.[2]  Defendants further propose that they be given forty-five days after their receipt of plaintiff's reply to file a dispositive motion in this case that will encompass both of plaintiff's requests (including the referred documents).  Defendants further propose that plaintiff file his opposition within thirty days of the filing of defendants' dispositive motion, and that defendants shall file their reply within twenty-one days thereafter.[3]  Defendants respectfully suggest that the proposed briefing schedule will not materially delay the

---

[2] Defendants, through counsel, will contact plaintiff by mail to advise him as to how to contact defendants with regard to this issue.

[3] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis added).

-3-

adjudication of this case.  A proposed order is submitted herewith.

                                         Respectfully submitted,

                                         _____
                                         KENNETH L. WAINSTEIN
                                         (D.C. Bar #451058)
                                         United States Attorney

                                         _____
                                         R. CRAIG LAWRENCE
                                         (D.C. Bar #171538)
                                         Assistant United States Attorney

                                         _____
Dated:  March 28, 2005      MICHAEL J. SHERMAN
                                         Attorney-Advisor
                                         United States Department of Justice
                                         Office of Information and Privacy
                                         Flag Building, Suite 570
                                         Washington, DC  20530-0001
                                         (202) 616-5500